UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Brandon Clement,<br><br>    Plaintiff,<br><br>  v.<br><br>Katherine Anne Couric,<br><br>    Defendant. | Case No: 1:23-cv-04557-LGS |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: June 27, 2023

                **SANDERS LAW GROUP**

                By:  */s/ Joshua D. Vera*
                Joshua D. Vera, Esq.
                333 Earle Ovington Blvd, Suite 402
                Uniondale, NY 11553
                Tel: (516) 203-7600
                Email: jvera@sanderslaw.group
                File No.: 127882
                *Attorneys for Plaintiff*