AO 121 (06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave., S.E.<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

  In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Southern District of New York |
|---|---|
| DOCKET NO.<br>1:23-cv-04557 | DATE FILED<br>May 31, 2023 | 500 Pearl St. New York, NY 10007<br>New York New York 10007 |
| PLAINTIFF<br>Michael Brandon Clement | DEFENDANT<br>Katherine Anne Couric |

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA 2-359-668  -  Supp to PA 2-348-883 | Quad State Supercell Mayfield, KY Tornado Damage Drone 4k | Michael Brandon Clement |
| 2 | | |
| 3 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

  In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order  [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes  [ ] No | DATE RENDERED<br>6/27/2023 |
|---|---|---|

| CLERK<br>s/Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>6/28/2023 |
|---|---|---|

**DISTRIBUTION**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights
3) Upon termination of action mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Brandon Clement,<br><br>                     Plaintiff,<br><br>         v.<br><br>Katherine Anne Couric,<br><br>                     Defendant. | Case No: 1:23-cv-04557-LGS |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

   Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: June 27, 2023

                                        **SANDERS LAW GROUP**

                                        By:    */s/ Joshua D. Vera*
                                        Joshua D. Vera, Esq.
                                        333 Earle Ovington Blvd, Suite 402
                                        Uniondale, NY 11553
                                        Tel: (516) 203-7600
                                        Email: jvera@sanderslaw.group
                                        File No.: 127882
                                        *Attorneys for Plaintiff*